NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   *Plaintiff*,<br><br>  v.<br><br>TINNA RICHARDSON,<br>   *Defendants*. | Crim. Action No. 14-272(JMV)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

  This matter having been opened as to the competency of Defendant Tinna Richardson to proceed in her Violations of Supervised Release hearing; and the United States having been represented by the United States Attorney's Office (by Cari Fais, A.U.S.A., and Catherine Murphy, A.U.S.A.); and Ms. Richardson having been represented by Linda Foster, A.F.P.D.; and the Court having previously entered an Order (D.E. 44) committing Ms. Richardson to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d) determine whether there is a substantial probability that in the foreseeable future Ms. Richardson will attain the capacity to permit the proceedings to go forward; and the Court thereafter having extended the period for treatment and evaluation (D.E. 46); and the Court and all counsel having thereafter received a letter dated July 13, 2018[1] from the forensic psychologist overseeing Ms. Richardson's

---

[1] A copy of the July 13, 2018 letter is attached to this Order. The letter is sealed until further order of the Court.

evaluation; and the July 13, 2018 letter having reviewed Ms. Richardson's intake and evaluation and having requested additional time for the evaluation to be completed; and the Court having held a telephone conference on July 26, 2018 with all counsel and with United States Probation Office; and for the reasons stated on the record; and for good cause shown,

IT IS on this 26th day of July, 2018,

**ORDERED** that pursuant to 18 U.S.C. § 4241(d)(2)(A), Ms. Richardson is committed to the custody of the Attorney General for an additional reasonable period of time; and it is further

**ORDERED** that the Attorney General shall continue the hospitalization of Ms. Richardson for treatment in the facility (the "Facility") for an additional period of sixty (60) days to determine whether there is a substantial probability that in the foreseeable future Ms. Richardson will attain the capacity to permit the proceedings to go forward, with the following conditions:

1. If it is determined that Ms. Richardson is competent prior to the end of the additional sixty (60) day period, the Facility shall notify the Court and Ms. Richardson shall be transferred (prior to the expiration of the 60-day period) so that the Violation of Supervised Release hearing can proceed; and

2. At the end of the sixty (60) day period, the Facility shall submit a written report to the Court addressing whether there is a substantial probability that in the foreseeable future Ms. Richardson will attain the capacity to permit the proceedings to go forward; and

3. At the end of forty-five (45) days, if the Facility believes that an additional reasonable period of time longer than the sixty (60) day period is necessary for continued

evaluation of Ms. Richardson under 18 U.S.C. § 4241(d)(2)(A), the Facility shall notify the Court in writing and provide the reasons therefor.

s/ John Michael Vazquez  
John Michael Vazquez, U.S.D.J.